TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
E-mail: Sheila.Phillips2@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Alberto Valtierra,<br><br>        Defendant. | CR-25-00295-PHX-DWL<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE** |

The United States hereby responds to Defendant's Motion Modify Conditions of Release to allow for travel to San Luis Rio Colorado in Mexico on July 19, 2025 until July 22, 2025. The government originally based its objection to the requested travel on Pretrial Services' objection.

Pretrial Service Officer (PTO) Martha Leon expressed safety concerns because of recent border violence in San Luis Rio Colorado near the San Luis Port of Entry. As an example, a defendant, while pending sentencing in the District of Arizona on an unrelated firearm case, was recently shot and killed as he waited to reenter the United States after making a court authorized trip to visit family for Father's Day.

Here, Defendant Valtierra is awaiting sentencing on August 4, 2025 before your Honor for Dealing Firearms Without a License. He was living in Mexico when he made multiple firearm purchases to sell and make a profit, which included Glocks and AK-style rifles, and crossed into the United States to make each of his firearm purchases in the

greater Yuma, Arizona area.  However, the case agent with Alcohol, Tobacco, and Firearms is unaware of safety concerns in Valtierra's case.  The Court has also granted Valtierra permission twice before to travel to Mexico, which he did without any incident.

Therefore, after conferring with PTO Leon, both she and the government leave the issue of travel approval in the Court's discretion and the government withdraws its objection.

Respectfully submitted this 11th day of July, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*/s/Sheila  Phillips*
SHEILA PHILLIPS
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

George Jacob Romero
Federal Public Defenders Office – Yuma

*/s/Carlton  Covington*
U.S. Attorney's Office