TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | CR-25-00295-PHX-DWL |
| vs. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| Alberto Valtierra, | |
| Defendant. | |

The United States agrees with the sentencing guidelines set forth in the Presentence Investigation Report (PSR) and has no objection to the recommended sentence of 48 months' probation. PSR at 17.

Defendant pleaded guilty to Dealing Firearms Without a License and purchased 15 firearms likely destined for Mexico or South America, including semiautomatic rifles and semi-automatic Glock pistols. PSR at 17. Four of the firearms purchased by Defendant were found on a boat heading to Ecuador. PSR ¶ 12. Defendant's association with a suspected trafficker of firearms to Mexico is also of concern. *See* PSR ¶¶ 10-11. Defendant also denied this person's involvement with his illegal purchase of a firearm even though he drove him to purchase the firearm. Defendant also failed to admit that he knew the firearms he sold would be taken out of the United States – indicating that he did not ask questions. PSR ¶ 7.

Nevertheless, Defendant is before the Court for his first criminal offense and has

1

done well on pretrial release. As a convicted felon, he will no longer be able to legally purchase firearms, which reduces his chance of a repeat offense.

Therefore, the United States does not oppose the 48 month probationary sentence recommended in the PSR.

Respectfully submitted this 30th day of July, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

George Jacob Romero

*Attorney for Defendant*

*s/ Sheila Phillips*

U.S. Attorney's Office